Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-12-00054-CR

**IN RE** Jason **MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting: Rebecca Simmons, Justice
    Steven C. Hilbig, Justice
    Marialyn Barnard, Justice

Delivered and Filed: February 8, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On January 26, 2012, relator Jason Miears filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-6568, styled *State of Texas v. Jason Miears*, in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.